| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JIMMY RAYMOND BLOW, §
　　　　　　　　　　　　　　 §
　　　　　Plaintiff, §
　　　　　　　　　　　　　　 §
*versus* § CIVIL ACTION NO. 1:08-CV-33
　　　　　　　　　　　　　　 §
BUREAU OF PRISONS, §
　　　　　　　　　　　　　　 §
　　　　　Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jimmy Raymond Blow, an inmate confined within the Bureau of Prisons, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Plaintiff has filed a motion seeking a preliminary injunction. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this motion. The magistrate judge recommends the motion be denied.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. Plaintiff's motion for preliminary injunction is **DENIED**.

SIGNED at Beaumont, Texas, this 9th day of August, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE